```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 13171
   JOHN M WHITE
   RUTH A WHITE                                 CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-8248     SSN XXX-XX-0289
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/02/04 and confirmed on 10/27/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  83136.91 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 8183.12 | .00 | 8183.12 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 25145.00 | 4163.75 | 25145.00 |
| TOYOTA MOTOR CREDIT CORP | SECURED | 3168.88 | 579.67 | 3168.88 |
| ROUNDUP FUNDING LLC | UNSECURED | 465.30 | .00 | 98.96 |
| CABELAS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7423.33 | .00 | 1578.85 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CLARK RETAIL ENTERPRISES | UNSECURED | 230.95 | .00 | 49.12 |
| DISCOVER BANK | UNSECURED | 8606.08 | .00 | 1830.41 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 5649.00 | .00 | 1201.48 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| LTD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHARLES SOFFAR ESQ | UNSECURED | NOT FILED | .00 | .00 |
| RETAIL SERVICES/HRS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2006.61 | .00 | 426.78 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4197.42 | .00 | 892.74 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17913.41 | .00 | 3809.97 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2937.06 | .00 | 624.68 |

```
OFFICE DEPOT                    UNSECURED      NOT FILED           .00         .00
RETAILERS NATIONAL BANK         UNSECURED         441.22           .00       93.84
TOUCHFON                        UNSECURED      NOT FILED           .00         .00
ARMOR SYSTEMS CORP              UNSECURED      NOT FILED           .00         .00
CARDSERVICE INTERNATIONA        UNSECURED      NOT FILED           .00         .00
ROUNDUP FUNDING LLC             UNSECURED       11820.08           .00     2513.99
CAVALRY INVESTMENTS LLC         UNSECURED       28165.69           .00     5990.51
DISCOVER BANK                   UNSECURED       11621.55           .00     2471.77
DOMESTIC & INT COLLECTOR        UNSECURED      NOT FILED           .00         .00
GMAC PAYMENT CENTER             UNSECURED      NOT FILED           .00         .00
LTD FINANCIAL                   UNSECURED      NOT FILED           .00         .00
SAFECO INSURANCE                UNSECURED      NOT FILED           .00         .00
SECOND CITY CONST               UNSECURED      NOT FILED           .00         .00
SHAPIRO & KREISMAN              NOTICE ONLY    NOT FILED           .00         .00
STEPHENS & MICHAELS ASSO        UNSECURED      NOT FILED           .00         .00
GE MONEY BANK                   UNSECURED        1994.99           .00      424.31
ECAST SETTLEMENT CORPORA        UNSECURED       10157.50           .00     2160.38
GE MONEY BANK                   UNSECURED         950.10           .00      202.07
WORLDS FOREMOST BANK            UNSECURED        1598.36           .00      339.95
```

Summary of disbursements:

```
                       SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
TOTAL CLMS ALLOWED    36497.00           .00    116178.65          .00    152675.65
PRINCIPAL PAID        36497.00           .00     24709.81          .00     61206.81
INTEREST PAID          4743.42           .00          .00          .00      4743.42
TOTAL PAID            41240.42           .00     24709.81          .00     65950.23
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3615.00
and was paid $   1006.00  direct and $   2609.00  through the plan.

The Trustee received $   3440.77 .

Refunds to the Debtor totaled $   11136.91 .




Dated:  06/23/08                     /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE   3
       CASE NO. 04 B 13171 JOHN M WHITE & RUTH A WHITE
```